IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02232-RPM

ESTATE OF CONSTANCE L. LUCAS,

    Plaintiff,

v.

HCA 401(k) PLAN and/or HCA HEALTH AND WELFARE BENEFITS PLAN and LORI GASMAN,

    Defendants.

_____

ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
_____

Upon considering the plaintiff's motion for preliminary injunction, filed September 15, 2011, and the opposition filed by Defendant Lori Gasman on November 15, 2011, and upon the finding and conclusion that the plaintiff's motion is insufficient to support an order for preliminary injunction, it is

ORDERED that the plaintiff's motion for preliminary injunction is denied.

DATED:   November 18th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge