IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-02232-RPM-CBS

ESTATE OF CONSTANCE L. LUCAS,

Plaintiff,

v.

HCA 401(k) PLAN and/or HEALTH AND WELFARE BENEFITS PLAN; and LORI GASMAN, an individual,

Defendants.

## ORDER OF DISMISSAL OF DEFENDANT LORI GASMAN WITH PREJUDICE

Pursuant to the joint motion of Plaintiff Estate of Constance L. Lucas and Defendant Lori Gasman, this Court orders the dismissal with prejudice of all of Plaintiff's claims against Defendant Lori Gasman. Defendant Gasman shall bear her own costs and attorney fees.

January 26, 2012

BY THE COURT:

_/s/ Richard P. Matsch_