IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02232-RPM

ESTATE OF CONSTANCE L. LUCAS,

    Plaintiff,

v.

HCA 401(k) PLAN and/or HCA HEALTH AND WELFARE BENEFITS PLAN,

    Defendant.

_____

### ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal [24] filed November 3, 2012, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs, expenses, and fees.

    DATED:   November 5th, 2012

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge